# In the United States Court of Federal Claims

**07-190C**

**Filed: March 21, 2007**

**GRUNLEY-WALSH, LLC**
**(f/k/a Grunley-Walsh Construction JV)**

**v.**

**THE UNITED STATES**

**Plaintiff Exhibits A-D**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.