IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GRUNLEY-WALSH,LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-190C<br><br>(Judge Lettow) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of TARA KILFOYLE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 2053

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-1709
Fax: (202) 307-0972

April 3, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2007, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. The parties may access this filing through the Court’s system.

s/ Tara Kilfoyle